UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

The Guarantee Company of
North America USA,

                        Plaintiff(s),                    21-cv-3246 (PKC)

          -against-                                  ORDER

Steed General Contractors, Inc., et al.,

                        Defendant(s).

_____

CASTEL, U.S.D.J.

        This action has been reassigned to the undersigned. Counsel are directed to carefully review the undersigned's Individual Practices appearing on the Court's website. The May 27 conference is VACATED. The parties will appear before the undersigned on May 25, 2022 at 3:00 pm in Courtroom 11D. Any motion for summary judgment will be deemed untimely unless a pre-motion letter is submitted no later than 14 days from the close of fact discovery. A motion for summary judgment does not stay or extend the completion of expert testimony.

        SO ORDERED.

                                                        P. Kevin Castel
                                                      United States District Judge

Dated: New York, New York
          April 4, 2022