UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

The Guarantee Company

Plaintiff(s),

21   Civ. 3246  (PKC)

- against -

Steed General Contractors, Inc. et al,

ORDER FOLLOWING
PRETRIAL CONFERENCE

Defendant(s).

-------------------------------------------------------------x

CASTEL, United States District Judge

As a result of a Pre-Trial Conference held before the Court today, the following

is ORDERED:

1. There is a sixty day period for document discovery in this case. Given the nature of the claim, this should be the only discovery in the case. No further discovery will be permitted except for good cause shown.

2. Plaintiff's motion for summary judgment shall be filed by January 16, 2024. Defendants shall respond by February 6, 2024. Plaintiff may reply by February 20, 2024.

3. The Court will refer for a mediation on December 12, 2023 at 10 am.

2

        The next Case Management Conference [the Final Pretrial Conference] will be held on _____ at _____ am/pm.  Any conference scheduled for a date prior thereto is adjourned.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York

October 4, 2023